UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

------------------------------------- X
JOHN DOE,                             :
       Plaintiff,                   :
   v.                                 :
                                            Civil Action No. 1:21-cv-00085-JD
TRUSTEES OF DARTMOUTH COLLEGE,        :
       Defendant.                   :
------------------------------------- X

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby agreed, by and between the parties, that the Plaintiff's Complaint is hereby dismissed, with prejudice and without costs.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| John Doe | Trustees of Dartmouth College |
| By His Attorneys | By Its Attorneys: |
| SHAHEEN & GORDON, P.A. | LOCKE LORD LLP |
| */s/ William E. Christie* | */s/ Daron J. Janis* |
| William E. Christie (#11255) | Daron J. Janis (#271361) |
| S. Amy Spencer (#266617) | Daryl J. Lapp (admitted pro hac vice) |
| Alexander W. Campbell (#268958) | Elizabeth H. Kelly (admitted pro hac vice) |
| 107 Storrs Street/P.O. Box 203 | 111 Huntington Avenue |
| Concord, NH 03302-2703 | Boston, MA 02199 |
| (603) 225-7262 | (617) 239-0100 |
| wchristie@shaheengordon.com | daron.janis@lockelord.com |
| saspencer@shaheengordon.com | daryl.lapp@lockelord.com |
| acampbell@shaheengordon.com | liz.kelly@lockelord.com |

DATED: August 5, 2021

2

**CERTIFICATE OF SERVICE**

      I certify that on August 5, 2021, I caused the foregoing document to be served on counsel of record for all parties that have appeared to date through the Court's CM/ECF system.

                                                  /s/ William E. Christie
                                                 William E. Christie

4835-1595-5188, v. 1