```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

John Doe

    v.

                                  Case No. 21-cv-85-JD

Trustees of Dartmouth College

## JUDGMENT

In accordance with Order by District Judge Joseph A. DiClerico, Jr., dated July 8, 2021, and the Stipulation of Dismissal filed on August 5, 2021, judgment is hereby entered.

                                            By the Court:

                                            /s/ Daniel J. Lynch
                                            Daniel J. Lynch
                                            Clerk of Court

Date: August 5, 2021

cc:   Counsel of Record